# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Amended July 15, 2002

July 12, 2002

Before

**Hon.** JOHN L. COFFEY, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

<table>
<tr>
<td>
TIMOTHY T. HAMPTON,<br>
    <em>Petitioner-Appellee</em>,<br><br>
<strong>No.</strong> 02-1296      <strong>v.</strong><br><br>
GARY L. WYANT, Warden, East Moline<br>
Correctional Center,<br>
    <em>Respondent-Appellant</em>.
</td>
<td>
Appeal from the United<br>
States District Court<br>
for the Northern<br>
District of Illinois,<br>
Eastern Division.<br><br>
No. 00 C 3058<br>
Robert W. Gettleman,<br>
<em>Judge</em>.
</td>
</tr>
</table>

**Order**

The opinion of this court issued on July 9, 2002, is amended as follows:

Page 6, first full paragraph, line 7, the case *Pearson v. O'Leary* should be changed to *Pierson v. O'Leary*.